**Fill in this information to identify the case:**

Debtor 1 ___Kim M. Peralo___

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: ___Eastern___ District of ___New York___
(State)

Case number ___18-75994-las___

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Federal National Mortgage Association

**Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account: 8 2 8 2

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

[X] No

[ ] Yes. Date of the last notice: ___/___/_____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | 12/12/2018- OTP | (3) | $ 500.00 |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | 11/26/2018- Plan Review and POC | (5) | $ 650.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ |
| 11. Other. Specify:_____ | | (11) | $ |
| 12. Other. Specify:_____ | | (12) | $ |
| 13. Other. Specify:_____ | | (13) | $ |
| 14. Other. Specify:_____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1    Kim M. Peralo        Case number (*if known*) 18-75994-las
        First Name   Middle Name   Last Name

### Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Robyn E. Goldstein        Date 02 / 04 / 2019
   Signature

Print:    Robyn E. Goldstein        Title   Attorney for Secured Creditor
       First Name   Middle Name   Last Name

Company    David A. Gallo & Associates LLP

Address    99 Powerhouse Road, First Floor
       Number   Street
       Roslyn Heights, NY 11577
       City        State    ZIP Code

Contact phone ( 516 ) 583 – 5330        Email rgoldstein@msgrb.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK (Central Islip)**

In re:

Kim M. Peralo,

        Debtor.

Chapter 13

Case No. 18-75994-las

**CERTIFICATE OF SERVICE BY MAIL**
STATE OF NEW YORK COUNTY OF NASSAU SS.:

I, the undersigned, being duly sworn, say: I am not a party to the action, am over 18 years of age and reside in East Meadow, New York.

On **February 4, 2019**, I served the within **NOTICE OF POST PETITION MORTGAGE FEES, EXPENSES, AND CHARGES**, by mailing a copy to each of following persons at the last known address as set forth below:

*Debtor*
**Kim M. Peralo**
962 Maple Drive
Franklin Square, NY 11010

**Peter Corey**
Richard L. Stern, PC
2950 Express Drive South
Suite 109
Islandia, NY 11749

*Trustee*
**Marianne DeRosa**
Standing Chapter 13 Trustee
125 Jericho Tpke
Suite 105
Jericho, NY 11753

*U.S. Trustee*
**United States Trustee**
Long Island Federal Courthouse
560 Federal Plaza - Room 560
Central Islip, NY 11722

                                          */s/ Catherine Galiano*
                                          Catherine Galiano

Sworn to before me this 4<u>th</u> day of <u>February,</u> 20<u>19</u>

*/s/ Robyn E. Goldstein*
Notary Public, State of New York
No. 02G06380368
Qualified in Queens County
Commission Expires September 4, 2022

-1-